UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

JEFFREY NEWLON,

    Plaintiff,

vs.                                                                Case No: 2:10-cv-10908
                                                                 Hon. Marianne O. Battani

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.
_____/
**LARRY P. SMITH & ASSOCIATES, LTD**
**By:   TAMMY HUSSIN (53449)**
Attorney for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
(888) 595-9111 (x400)

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:   KEVIN D. TROST  (P68467)**
Attorney for Defendant,
2155 Butterfield, Suite 200-S
Troy, MI  48084
(248) 362-6100
_____/

### *STIPULATION FOR EXTENSION OF TIME TO MOVE OR OTHERWISE PLEAD*

    Pursuant to an agreement by the parties, through undersigned counsel, it is stipulated that Defendant Weltman, Weinberg & Reis Co., L.P.A. shall have an extension of fourteen (14) days from April 6, 2010 until April 20, 2010, to move or otherwise plead in this action.  The time for Defendant's response has not yet expired and no prior extensions have been granted to

1

the Defendant. Plaintiff's counsel has been properly notified and has indicated her consent to the request.

Respectfully Submitted by:

| | |
|---|---|
| /s/ Tammy Hussin (per email authorization) | /s/ Kevin D. Trost |
| TAMMY HUSSIN (53449) | KEVIN D. TROST (P68467) |
| Larry P. Smith & Associates, Ltd. | Weltman, Weinberg & Reis Co., L.P.A. |
| Attorney for Plaintiff | Attorney for Defendant |
| 205 North Michigan Avenue, 40th Floor | 2155 Butterfield, Suite 200-S |
| Chicago, IL 60601 | Troy, MI  48084 |
| (888) 595-9111 (x400) | (248) 362-6100 |
| thussin@smithlaw.us | ktrost@weltman.com |

Dated:  April 5, 2010

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

JEFFREY NEWLON,

    Plaintiff,

vs.                                                                                                             Case No: 2:10-cv-10908
                                                                                                         Hon. Marianne O. Battani

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.

_____/

**LARRY P. SMITH & ASSOCIATES, LTD**
**By:**    **TAMMY HUSSIN (53449)**
Attorney for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
(888) 595-9111 (x400)

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:**    **KEVIN D. TROST  (P68467)**
Attorney for Defendant,
2155 Butterfield, Suite 200-S
Troy, MI  48084
(248) 362-6100
_____/

***CERTIFICATE OF SERVICE***

      I, Marsha D. Makel, certify that on the 5th day of April, 2010, a copy of the Stipulation for Extension of Time to Move or Otherwise Plead and Certificate of Service was served upon Tammy Hussin, 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, by ECF.

3

I declare under penalty and perjury that the statement above is true to the best of my information, knowledge and belief.

                                          s/ Marsha D. Makel
                                          MARSHA D. MAKEL

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

JEFFREY NEWLON,

      Plaintiff,

vs.                                                    Case No: 2:10-cv-10908
                                                    Hon. Marianne O. Battani

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

      Defendant.
_____/

**LARRY P. SMITH & ASSOCIATES, LTD**
**By:    TAMMY HUSSIN (53449)**
Attorney for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
(888) 595-9111 (x400)

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:    KEVIN D. TROST  (P68467)**
Attorney for Defendant,
2155 Butterfield, Suite 200-S
Troy, MI  48084
(248) 362-6100
_____/

**STIPULATED ORDER OF EXTENSION OF TIME
TO MOVE OR OTHERWISE PLEAD**

The parties have stipulated to entry of this order of extension of time to move or otherwise plead, and the court has considered the matter.

IT IS ORDERED that Defendant Weltman, Weinberg & Reis Co., L.P.A. shall have until April 20, 2010 to move or otherwise plead in this action.

_____
Judge

Respectfully Submitted by:

| | |
|---|---|
| /s/ Tammy Hussin (per email authorization) | /s/ Kevin D. Trost |
| TAMMY HUSSIN (53449) | KEVIN D. TROST (P68467) |
| Larry P. Smith & Associates, Ltd. | Weltman, Weinberg & Reis Co., L.P.A. |
| Attorney for Plaintiff | Attorney for Defendant |
| 205 North Michigan Avenue, 40th Floor | 2155 Butterfield, Suite 200-S |
| Chicago, IL 60601 | Troy, MI  48084 |
| (888) 595-9111 (x400) | (248) 362-6100 |
| thussin@smithlaw.us | ktrost@weltman.com |