UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

JEFFREY NEWLON,

    Plaintiff,

vs.                                                                                          Case No: 2:10-cv-10908
                                                                                                Hon. Marianne O. Battani

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.
_____/
**LARRY P. SMITH & ASSOCIATES, LTD**
**By:    TAMMY HUSSIN (53449)**
Attorney for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
(888) 595-9111 (x400)

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:    KEVIN D. TROST  (P68467)**
Attorney for Defendant,
2155 Butterfield, Suite 200-S
Troy, MI  48084
(248) 362-6100
_____/

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the undersigned has as of this date entered his Appearance as attorney for the Defendant, WELTMAN, WEINBERG & REIS CO., L.P.A., in the within cause.

                                                             Respectfully submitted,

                                                             /s/ KEVIN D. TROST_____
                                                             **WELTMAN, WEINBERG & REIS CO., L.P.A.**
                                                             **BY:    KEVIN D. TROST, P68467**
                                                             Attorney for Defendant
                                                             2155 Butterfield, Suite 200-S
                                                              Troy, Michigan 48084
                                                              248-362-6100
                                                             dtrost@weltman.com

Dated: April 5, 2010

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

JEFFREY NEWLON,

    Plaintiff,

vs.                                      Case No: 2:10-cv-10908
                                            Hon. Marianne O. Battani

WELTMAN, WEINBERG & REIS
CO., L.P.A.,

    Defendant.
_____/

**LARRY P. SMITH & ASSOCIATES, LTD**
**By:    TAMMY HUSSIN (53449)**
Attorney for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
(888) 595-9111 (x400)

**WELTMAN, WEINBERG & REIS CO., L.P.A.**
**By:    KEVIN D. TROST  (P68467)**
Attorney for Defendant,
2155 Butterfield, Suite 200-S
Troy, MI  48084
(248) 362-6100
_____/

**CERTIFICATE OF SERVICE**

      I, KEVIN D. TROST, certify that on the 5th day of April, 2010, a copy of the Notice of Appearance and Certificate of Service was served upon Tammy Hussin, Esq., 205 North Michigan Avenue, 40th Floor, Chicago, IL 60601, by ECF.
      I declare under penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

                                        /s/ KEVIN D. TROST_____
                                        **WELTMAN, WEINBERG & REIS CO., L.P.A.**
                                        **BY:    KEVIN D. TROST, P68467**
                                        Attorney for Defendant